IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNDIA SWEET, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIDGE BASE, INC., a Nevada ) <br> corporation, BRIDGE BASE, INC., a ) <br> Nevada Corporation dba BRIDGE ) <br> BASE ONLINE, BRIDGE BASE ) <br> ONLINE LTD., a Nevada corporation, ) <br> FRED GITELMAN, an individual, ) <br> SHERI WINESTOCK, an individual, ) <br> and UDAY IVATURY, an individual, ) <br> ) <br> Defendants. ) <br> _____ ) | NO. 1:08-CV-01034-AWI-GSA <br><br> ORDER GRANTING PRO HAC VICE APPLICATION |

The court has read and considered the application of Samuel S. Cohen for admission to practice Pro Hac Vice under the provisions of Local Rule 83-180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  Having reviewed the application, Samual S. Cohen's application for admission to practice Pro Hac Vice is GRANTED.

IT IS SO ORDERED.

Dated:    August 4, 2008                            /s/ Anthony W. Ishii
                                                              CHIEF UNITED STATES DISTRICT JUDGE