# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYNTHIA SWEET, and individual, | ) | 1:08-cv-1034-AWI GSA |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER IN PART |
| BRIDGE BASE, INC., et al., | ) | |
| Defendants. | ) | |

On August 1, 2008, Defendants Bridge Base, Inc., Bridge Base Online Ltd., Fred Gitelman, Sheri Winestock, and Uday Ivatury (collectively "Defendants") filed an ex parte motion for an enlargement of time to answer or otherwise plead. Defendants set the motion before Judge Ishii on August 11, 2008, at 1:30 p.m. Pursuant to an order signed by Judge Ishii, Defendants re-noticed the motion to be heard before this court on August 8, 2008.

On August 5, 2008, Plaintiff, Cynthia Sweet, filed an opposition to the motion for extension of time to file an Answer. Although Defendants did not file an application to shorten

1

1 time for hearing the motion as required, Plaintiff did not object to the shortened time for a
2 hearing in the opposition to the motion.
3      A hearing was held on August 8, 2008 at 9:30 am.  Donald Morris appeared for Plaintiff.
4 Mark Busick and Samuel Cohen appeared for Defendants.  All parties were in agreement that the
5 motion could be heard on shortened time.
6      Upon considering the pleadings and the arguments, the court grants Defendants' motion
7 in part.  Defendants shall file an answer or otherwise plead to the Complaint no later than
8 **October 17, 2008.**  The scheduling conference will remain as scheduled on **October 21, 2008** at
9 9:00 am in this court.
10     IT IS SO ORDERED.
11     **Dated:   August 8, 2008**          /s/ **Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28