**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNDIA SWEET, an individual, | NO. 1:08-cv-01034-AWI-GSA |
| Plaintiff, | **STIPULATION AND ORDER REGARDING   HEARING ON DEFENDANTS' MOTIONS** |
| v. | |
| BRIDGE BASE, INC., a Nevada corporation, BRIDGE BASE, INC., a Nevada corporation d/b/a BRIDGE BASE ONLINE,  BRIDGE BASE ONLINE, LTD, a Nevada corporation, FRED GITELMAN, an individual, SHERI WINESTOCK, an individual, and UDAY IVATURY, an individual, | **Judge: Anthony W. Ishii**<br>**Magistrate Judge:  Gary S. Austin**<br>**Hearing Date: December 1, 2008**<br>**Hearing Time: 1:30 p.m.**<br>**Courtroom: 2** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through the undersigned:

1. That the Defendants have filed multiple Motions to Dismiss claims and/or parties and these Motions are before the Court;

2. That the parties are scheduled to appear before this Court at 1:30 p.m. on December 1, 2008, for a hearing based on Defendants' Motions;

3.   That, for the convenience of all counsel, the hearing set for December 1, 2008, is rescheduled; and

4.   That the hearing scheduled for December 1, 2008, is rescheduled for December 15, 2008, having determined by telephone consultation with opposing counsel and the clerk of the Court that such date would be convenient for the parties and the Court.

PURSUANT TO THE STIPULATION,

IT IS SO ORDERED.

**Dated:   October 31, 2008**                      /s/ **Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE