LAW OFFICES OF TED MANN
Lewis T. Mann, Esq. (State Bar No. 149887)
423 Duranzo Aisle
Irvine, CA 92606
Telephone:  (714) 931-9826
E-mail: tedmann3d@yahoo.com

DOZIER INTERNET LAW, P.C.
John W. Dozier, Jr., Esq. (PHV)
Donald E. Morris, Esq. (PHV)
11520 Nuckols Road
Suite 101
Glen Allen, VA 23059
Telephone: (804) 346-9770
Facsimile: (804) 346-0800
jwd@cybertriallawyer.com
don@cybertriallawyer.com

*Attorneys for Plaintiff CYNDIA SWEET*

MCCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
Gregory S. Mason (State Bar No. 148997)
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

NEAL, GERBER & EISENBERG LLP
Samuel S. Cohen (PHV)
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602-3801
Phone: (312) 269-8000
Fax: (312) 269-1747

*Attorneys for Defendants
BRIDGE BASE, INC., BRIDGE BASE, INC.,
dba BRIDGE BASE ONLINE, BRIDGE BASE ONLINE LTD.,
FRED GITELMAN, SHERI WINESTOCK, and UDAY IVATURY*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNDIA SWEET, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIDGE BASE, INC., a Nevada corporation, BRIDGE BASE, INC., a Nevada corporation d/b/a BRIDGE BASE ONLINE, BRIDGE BASE ONLINE, LTD, a Nevada corporation, FRED GITELMAN, an individual, SHERI WINESTOCK, an individual, and UDAY IVATURY, an individual,<br><br>　　　　　　Defendants. | Case No.: 1:08-cv-01034-AWI-GSA<br><br>**STIPULATION REGARDING HEARING ON DEFENDANTS' MOTIONS**<br><br>**Judge: Anthony W. Ishii**<br>**Magistrate Judge: Gary S. Austin**<br>**Hearing Date: December 15, 2008**<br>**Hearing Time: 1:30 p.m.**<br>**Courtroom: 2** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties, through the undersigned:

　　　　1.　　That the Defendants have filed multiple Motions to Dismiss claims and/or parties and these Motions are before the Court;

　　　　2.　　That pursuant to an order issued by this Court on October 31, 2008, the hearing for these Motions was rescheduled from December 1, 2008 to December 15, 2008;

　　　　3.　　That the Parties are engaged in active negotiations to resolve the issues raised by the Motions and to narrow the issues to be presented to the Court in this litigation;

　　　　4.　　That, to allow the Parties to resolve the issues raised in the Motions, and to narrow the issues to be presented to the Court in this litigation, and for the convenience of counsel, and in the interests of judicial economy, that the hearing set for December 15, 2008, be rescheduled; and

　　　　5.　　That the hearing scheduled for December 15, 2008, be rescheduled for January 26,

2009 at 1:30 P.M., having determined by telephone consultation with opposing counsel and the clerk of the Court that such date is convenient for the Parties and the Court.

Dated: November 24, 2008　　　　　　　NEAL, GERBER & EISENBERG LLP
Chicago, Illinois

　　　　　　　　　　　　　　　　　　　By: /s/ Samuel S. Cohen (as authorized on 10/7/08)
　　　　　　　　　　　　　　　　　　　Samuel S. Cohen (PHV)
　　　　　　　　　　　　　　　　　　　Two North LaSalle Street
　　　　　　　　　　　　　　　　　　　Suite 2200
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602-3801
　　　　　　　　　　　　　　　　　　　Phone: (312) 269-8000
　　　　　　　　　　　　　　　　　　　Fax: (312) 269-1747


Dated: November 24, 2008　　　　　　　DOZIER INTERNET LAW, P.C.
Glen Allen, VA

　　　　　　　　　　　　　　　　　　　By: /s/ Donald E. Morris
　　　　　　　　　　　　　　　　　　　Donald E. Morris (PHV)
　　　　　　　　　　　　　　　　　　　11520 Nuckols Road
　　　　　　　　　　　　　　　　　　　Suite 101
　　　　　　　　　　　　　　　　　　　Glen Allen, VA 23059
　　　　　　　　　　　　　　　　　　　Telephone: (804) 346-9770
　　　　　　　　　　　　　　　　　　　Facsimile: (804) 346-0800
　　　　　　　　　　　　　　　　　　　don@cybertriallawyer.com


**ORDER**

IT IS SO ORDERED.

Dated:   **December 1, 2008**　　　　　　  **/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE