1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **CYNDIA SWEET,** | ) | **1:08-cv-1034 AWI GSA** |
| | ) | |
| **Plaintiff,** | ) | **ORDER MOVING HEARING** |
| | ) | **TO JANUARY 26, 2009** |
| **v.** | ) | |
| | ) | |
| **BRIDGE BASE, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| _____ | ) | |

_____

Currently set for hearing on December 15, 2008, are Defendants' motions to dismiss. Apparently as an effort to address the issues raised in the motions, the parties have stipulated to moving the hearing to January 26, 2009.  The Court will give effect to the parties' stipulation.

Therefore, IT IS HEREBY ORDERED that the previously set hearing of December 15, 2008, is VACATED, and the hearing on this matter is reset for January 26, 2009, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:  December 2, 2008**          /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE