LAW OFFICES OF TED MANN
Lewis T. Mann, Esq. (State Bar No. 149887)
926 S. Leland St., #2
San Pedro, CA 90731
Telephone: (714) 931-9826
E-mail: ted@lawofficesoftedmann.com

DOZIER INTERNET LAW, P.C.
John W. Dozier, Jr., Esq. (PHV)
Donald E. Morris, Esq. (PHV)
11520 Nuckols Road
Suite 101
Glen Allen, VA 23059
Telephone: (804) 346-9770
Facsimile: (804) 346-0800
jwd@cybertriallawyer.com
don@cybertriallawyer.com

Attorneys for Plaintiff CYNDIA SWEET

MCCORMICK, BARSTOW, SHEPPARD,
    WAYTE & CARRUTH LLP
Gregory S. Mason (State Bar No. 148997)
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

NEAL, GERBER & EISENBERG LLP
Samuel S. Cohen (PHV)
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602-3801
Phone: (312) 269-8000
Fax: (312) 269-1747

Attorneys for Defendants
BRIDGE BASE, INC., BRIDGE BASE, INC.,
dba BRIDGE BASE ONLINE, BRIDGE BASE ONLINE LTD.,
FRED GITELMAN, SHERI WINESTOCK, and UDAY IVATURY

///

///

///

///

///

///

///

///

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNDIA SWEET, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BRIDGE BASE, INC., a Nevada corporation, BRIDGE BASE, INC., a Nevada corporation d/b/a BRIDGE BASE ONLINE, BRIDGE BASE ONLINE, LTD, a Nevada corporation, FRED GITELMAN, an individual, SHERI WINESTOCK, an individual, and UDAY IVATURY, an individual,<br><br>    Defendants. | No.: 1:08-CV-01034-AWI-GSA<br><br>STIPULATION REGARDING DEFENDANTS' MOTIONS<br><br>Judge: Anthony W. Ishii<br>Magistrate Judge: Gary S. Austin<br>Hearing Date: January 26, 2009<br>Hearing Time: 1:30 p.m.<br>Courtroom: 2 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through the undersigned:

    1.    That the Defendants have filed multiple Motions to Dismiss claims and/or parties and these Motions are before the Court;

    2.    That the parties are currently scheduled to appear before this Court at 1:30 p.m. on January 26, 2009, for a hearing based on Defendants' Motions;

    3.    That Plaintiff will dismiss, without prejudice, Defendants Gitelman, Winestock, and Ivatury from this action;

    4.    That, on or before March 4, 2009, Plaintiff will file an Amended Complaint that narrows the causes of action to what the Plaintiff believes are the core issues in this case and that withdraws some of the present counts;

///

5. That the Defendants' Motions are withdrawn without prejudice to be raised at another time, if Defendants deem it appropriate; and

6. That the hearing scheduled for January 26, 2009, be removed from this Court's docket calendar.

Dated: January 8, 2009  
Chicago, Illinois

NEAL, GERBER & EISENBERG LLP

By: /s/ Samuel S. Cohen (as authorized on 1/8/09)  
Samuel S. Cohen (PHV)  
Two North LaSalle Street  
Suite 2200  
Chicago, Illinois 60602-3801  
Phone: (312) 269-8000  
Fax: (312) 269-1747

Dated: January 9, 2009  
Glen Allen, VA

DOZIER INTERNET LAW, P.C.

By: /s/ Donald E. Morris  
Donald E. Morris (PHV)  
11520 Nuckols Road  
Suite 101  
Glen Allen, VA 23059  
Telephone: (804) 346-9770  
Facsimile: (804) 346-0800  
don@cybertriallawyer.com

**ORDER**

IT IS SO ORDERED.

**Dated:   January 12, 2009**              /s/ Anthony W. Ishii  
                              CHIEF UNITED STATES DISTRICT JUDGE

3