Gregory S. Mason, # 148997
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Samuel S. Cohen (*pro hac vice* application pending)
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602-3801
Phone: (312) 269-8000
Fax: (312) 269-1747

Attorneys for Defendants
BRIDGE BASE, INC., a Nevada corporation, BRIDGE BASE, INC., a Nevada corporation dba BRIDGE BASE ONLINE, BRIDGE BASE ONLINE LTD., a Nevada corporation

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNDIA SWEET, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BRIDGE BASE, INC., a Nevada corporation, BRIDGE BASE, INC., a Nevada corporation dba BRIDGE BASE ONLINE, BRIDGE BASE ONLINE LTD., a Nevada corporation, FRED GITELMAN, an individual, SHERI WINESTOCK, an individual, and UDAY IVATURY, an individual,<br><br>    Defendants. | Case No. 1:08-CV-01034-AWI-GSA<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF SCHEDULING CONFERENCE AND PROPOSED ORDER**<br><br>**Date: April 15, 2009**<br>**Time: 9 a.m.**<br>**Courtroom: 10**<br>**U. S. Magistrate Judge: Gary S. Austin** |

    The following Joint Stipulation is entered into between Plaintiff CYNDIA SWEET and Defendants BRIDGE BASE, INC., a Nevada corporation, BRIDGE BASE, INC., a Nevada corporation dba BRIDGE BASE ONLINE, BRIDGE BASE ONLINE LTD., a Nevada corporation. The parties to the above-entitled action by and through their respective counsel of

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1:08-CV-01034-AWI-GSA
JOINT STIPULATION REQUESTING CONTINUANCE OF SCHEDULING CONFERENCE
AND PROPOSED ORDER

record hereby agree and stipulate as follows:

1. That the Scheduling Conference currently on calendar for April 15, 2009, be moved to **June 17, 2009, at 9 a.m., in Courtroom 10.**

Accordingly, THE ABOVE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD HEREBY STIPULATE AND RESPECTFULLY REQUEST AN ORDER FROM THE COURT CONTINUING THE SCHEDULING CONFERENCE TO **JUNE 17, 2009**, AND CONTINUING THE DEADLINE FOR THE PARTIES TO FILE A JOINT SCHEDULING REPORT TO A DATE THE COURT ORDERS.

Dated: April 2, 2009   LAW OFFICES OF TED MANN

DOZIER INTERNET LAW, P.C.

By:*/s/ Lewis T. Man*n
Lewis T. Mann
Donald E. Morris
Attorneys for Plaintiff
CYNDIA SWEET

Dated: April 2, 2009   McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

NEAL, GERBER & EISENBERG LLP

By:*/s/ Gregory S. Mason*
Gregory S. Mason
Samuel S. Cohen
Attorneys for Defendants

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

**ORDER**

Having reviewed the Stipulation of the parties and in the interests of justice and fairness and upon a showing of good cause, IT IS HEREBY ORDERED THAT the Scheduling Conference, currently scheduled for **April 15, 2009**, be continued to **June 17, 2009, at 9:00 a.m**. A Joint Scheduling Report shall be electronically filed in CM/ECF and e-mailed, in WordPerfect or Word Format, to gsaorders@caed.uscourts.gov one week prior to the conference.

Dated: April 2, 2009

                                              /s/ Gary S. Austin
                                          United States Magistrate Judge