| | |
|---|---|
| 1  Gregory S. Mason, # 148997<br>   McCormick, Barstow, Sheppard,<br>2  Wayte & Carruth LLP<br>   P.O. Box 28912<br>3  5 River Park Place East<br>   Fresno, CA  93720-1501<br>4  Telephone:    (559) 433-1300<br>   Facsimile:    (559) 433-2300<br>5<br>   Samuel S. Cohen (*pro hac vice* application pending)<br>6  Neal, Gerber & Eisenberg LLP<br>   Two North LaSalle Street<br>7  Suite 2200<br>   Chicago, Illinois 60602-3801<br>8  Phone: (312) 269-8000<br>   Fax: (312) 269-1747<br>9<br>   Attorneys for Defendants<br>10 BRIDGE BASE, INC., a Nevada corporation, BRIDGE<br>   BASE, INC., a Nevada corporation dba BRIDGE BASE<br>11 ONLINE, BRIDGE BASE ONLINE LTD., a Nevada<br>   corporation | (SPACE BELOW FOR FILING STAMP ONLY)<br><br>FILED<br>APR 6 2009<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>    DEPUTY CLERK |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNDIA SWEET, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>BRIDGE BASE, INC., a Nevada corporation, BRIDGE BASE, INC., a Nevada corporation dba BRIDGE BASE ONLINE, BRIDGE BASE ONLINE LTD., a Nevada corporation, FRED GITELMAN, an individual, SHERI WINESTOCK, an individual, and UDAY IVATURY, an individual,<br><br>            Defendants. | Case No.  1:08-CV-01034-AWI-GSA<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF MOTION TO DISMISS AND PROPOSED ORDER**<br><br>Date: April 27, 2009<br>Time: 1:30 p.m.<br>Courtroom: 2<br>U. S. District Court Judge: Anthony W. Ishii |

The following Joint Stipulation is entered into between Plaintiff CYNDIA SWEET and Defendants BRIDGE BASE, INC., a Nevada corporation, BRIDGE BASE, INC., a Nevada corporation dba BRIDGE BASE ONLINE, BRIDGE BASE ONLINE LTD., a Nevada corporation. The parties to the above-entitled action, by and through their respective counsel of

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 River Park Place East
Fresno, CA 93720-1501

1:08-CV-01034-AWI-GSA
JOINT STIPULATION RE CONTINUANCE OF MOTION TO DISMISS AND PROPOSED ORDER

record, hereby agree and stipulate as follows:

1. That defendants BRIDGE BASE, INC., a Nevada corporation, BRIDGE BASE, INC., a Nevada corporation dba BRIDGE BASE ONLINE, BRIDGE BASE ONLINE LTD., a Nevada corporation's Motion to Dismiss, currently on calendar for April 27, 2009, be moved to May 11, 2009, at 1:30 p.m., in Courtroom 2.

Accordingly, THE ABOVE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD HEREBY STIPULATE AND RESPECTFULLY REQUEST AN ORDER FROM THE COURT CONTINUING THE MOTION TO DISMISS TO **MAY 11, 2009.**

Dated: April 2, 2009                               LAW OFFICES OF TED MANN

                                                   DOZIER INTERNET LAW, P.C.


                                                   By:/s/ *Lewis T. Mann*
                                                   Lewis T. Mann
                                                   Donald E. Morris
                                                   Attorneys for Plaintiff
                                                   CYNDIA SWEET

Dated: April 2, 2009                               McCORMICK, BARSTOW, SHEPPARD,
                                                   WAYTE & CARRUTH LLP


                                                   NEAL, GERBER & EISENBERG LLP


                                                   By:/s/ *Gregory S. Mason*
                                                   Gregory S. Mason
                                                   Samuel S. Cohen
                                                   Attorneys for Defendants

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 River Park Place East
Fresno, CA 93720-1501

2

1:08-CV-01034-AWI-GSA
JOINT STIPULATION RE CONTINUANCE OF MOTION TO DISMISS AND PROPOSED ORDER

**[PROPOSED] ORDER**

Having reviewed the Stipulation of the parties and in the interests of justice and fairness and upon a showing of good cause, IT IS HEREBY ORDERED THAT defendants BRIDGE BASE, INC., a Nevada corporation, BRIDGE BASE, INC., a Nevada corporation dba BRIDGE BASE ONLINE, BRIDGE BASE ONLINE LTD., a Nevada corporation's Motion to Dismiss, currently scheduled for **April 27, 2009**, be continued to **May 11, 2009**.

Dated: 4-6-09

_____
Honorable Anthony W. Ishii
U.S. District Court Judge
Eastern District of California

10790/00000-1378069.v1