IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNDIA SWEET, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>BRIDGE BASE, INC., et al.,<br><br>        Defendants. | NO. 1:08-CV-01034-AWI-GSA<br><br>ORDER VACATING<br>MAY 11, 2009 HEARING DATE<br>AND TAKING MATTER<br>UNDER SUBMISSION |

    Defendants' motion to dismiss has been set for hearing in this case on May 11, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 11, 2009, is VACATED, and the parties shall not appear at that time. As of May 11, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   May 6, 2009**                         **/s/ Anthony W. Ishii**
                                                               CHIEF UNITED STATES DISTRICT JUDGE